## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| MML TOURING, LLC, ) | Bk. No. 23-11741-TMH |
| ) | |
| Debtor. ) | |
| _____) | |
| GEORGE L. MILLER, soley in his capacity ) | |
| as the Chapter 7 Trustee of MML Touring, ) | |
| LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 26-139-GBW |
| ) | BK. BAP No. 26-07 |
| BLUE EYED THEATRICAL, LLC, ) | |
| ) | |
| Appellee. ) | |
| _____) | |

**<u>ORDER</u>**

At Wilmington, Delaware, this **27th day of February 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed on April 16, 2026.

2. Appellee's Answering Brief shall be filed May 22, 2026.

3. Appellant's Reply Brief shall be filed June 5, 2026.

                                        *Christopher J. Burke*
                                        Christopher J. Burke
                                        UNITED STATES MAGISTRATE JUDGE